UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE: IVEY, KATHY LENORA
KATHY IVEY-ANNIS

DEBTOR(S)

CASE NO. 3:19-33166-SHB
CHAPTER 7

Ann Mostoller, Trustee,

  Plaintiff,

vs.

Mr. Cooper,
a/k/a Nationstar Mortgage LLC

  Defendant(s).

ADV. NO. 3:19-ap-03051-SHB

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> **Address of Clerk:**
> Bankruptcy Court Clerk
> United States Bankruptcy Court
> Howard H. Baker, Jr., United States Courthouse
> 800 Market Street, Suite 330
> Knoxville, TN 37902

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> **Name and Address of Plaintiff's Attorney:**
> Ann Mostoller
> Mostoller, Stulberg, Whitfield & Allen
> 136 S. Illinois Ave., Suite 104
> Oak Ridge, TN 37830

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

William T. Magill
Clerk of the Bankruptcy Court

November 27, 2019
Date

By: /s/
Deputy Clerk

**CERTIFICATE OF SERVICE**

I, **Rebekah Davis**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __12/2/19__ by:

[X]    **Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:**

Mr. Cooper a/k/a Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741

Mr. Cooper a/k/a fka Nationstar Mortgage, LLC
Attn: Bankruptcy Dept.
8950 Cypress Waters Blvd.
Coppell, TX 75019

Corporation Service Company
Registered Agent for Nationstar Mortgage, LLC
2908 Poston Ave.
Nashville, TN 37203

[X]    **Mail service: Certified, first class United States mail, postage fully pre-paid, addressed to:**


[ ]    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]    Residence Service: By leaving the process with the following adult at:

[ ]    Publication: The defendant was served as follows: (Describe briefly)

[ ]    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

__12/2/19__
Date

_____
Signature

| Print Name |
| --- |
| Rebekah Davis |
| Business Address |
| 136 S. Illinois Ave., Suite 104 |
| Oak Ridge, TN 37830 |