UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE: IVEY, KATHY LENORA
KATHY IVEY-ANNIS

　　　　　　　　　　　　　DEBTOR(S)

CASE NO. 3:19-33166-SHB
CHAPTER 7

Ann Mostoller, Trustee,

　　　Plaintiff,

vs.

Mr. Cooper,
a/k/a Nationstar Mortgage LLC
Sovereign Lending Group, Inc., and
Mortgage Electroic Registration Systems, Inc.

　　　Defendant(s).

ADV. NO. 3:19-ap-03051-SHB

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| Bankruptcy Court Clerk |
| United States Bankruptcy Court |
| Howard H. Baker, Jr., United States Courthouse |
| 800 Market Street, Suite 330 |
| Knoxville, TN 37902 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| Ann Mostoller |
| Mostoller, Stulberg, Whitfield & Allen |
| 136 S. Illinois Ave., Suite 104 |
| Oak Ridge, TN 37830 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

　　　　　　　　　　　　　　　　　　William T. Magill
　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

　　　　　　　　　　　　　　By: _____
January 23, 2020　　　　　　　　　　(Deputy Clerk)
Date

## CERTIFICATE OF SERVICE

I, **Rebekah Davis**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made 1/24/2020 by:

[X]    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Mr. Cooper a/k/a Nationstar Mortgage LLC
P.O. Box 619096
Dallas, TX 75261-9741

Mr. Cooper a/k/a fka Nationstar Mortgage, LLC
Attn: Bankruptcy Dept.
8950 Cypress Waters Blvd.
Coppell, TX 75019

Corporation Service Company
Registered Agent for Nationstar Mortgage, LLC
2908 Poston Ave.
Nashville, TN 37203

Mr. Bret Chaness
Rubin Lublin, LLC, Attorney for Nationstar Mortgage
3145 Avalon Ridge Place, Ste. 100
Peachtree Corners, GA 30071

Sovereign Lending Group, Inc.
3540 Howard Way, Ste 200
Costa Mesa, CA 92626-1496

Incorp Services, Inc.
Registered Agent for Sovereign Lending Group, Inc.
216 Centerview Dr., Ste 317
Brentwood, TN 37027-3226

MERS
PO Box 2026
Flint, MI 48501-2026

Bill Beckmann, President & CEO
Sharon Horstkamp, Counsel
MERSCORP Holdings, Inc.
1818 Library Street, Ste. 300
Reston, VA 20190

[X]    Mail service: Certified, first class United States mail, postage fully pre-paid, addressed to:


[ ]    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


[ ]    Residence Service: By leaving the process with the following adult at:


[ ]    Publication: The defendant was served as follows: (Describe briefly)


[ ]    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: (Describe briefly)


Under penalty of perjury, I declare that the foregoing is true and correct.

1/24/2020
Date

_____
Signature

| Print Name |
| --- |
| Rebekah Davis |
| Business Address |
| 136 S. Illinois Ave., Suite 104 |
| Oak Ridge, TN 37830 |