

**SO ORDERED.**
**SIGNED this 26th day of October, 2020**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 3:19-bk-33166-SHB |
| KATHY LENORA IVEY a/k/a KATHY IVEY-ANNIS, | Chapter 7 |
|    Debtor. | |
| ANN MOSTOLLER, as Chapter 7 Trustee, | |
|    Plaintiff, | |
| v. | Adversary No. 3:19-ap-03051-SHB |
| MR. COOPER a/k/a NATIONSTAR MORTGAGE LLC, SOVEREIGN LENDING GROUP, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
|    Defendants. | |

## JUDGMENT IN AN ADVERSARY PROCEEDING

On October 21, 2020, this Court entered a Final Consent Order in the above-styled

1

adversary proceeding. [Doc. 36]. Judgment is hereby entered in accordance with the terms of the

Final Consent Order pursuant to Fed. R. Civ. P. 58, made applicable to this proceeding by Fed.

R. Bankr. P. 7058. The parties shall bear their own costs.

# # #

**CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper*
*and Mortgage Electronic Registration Systems, Inc.*

BONE MCALLESTER NORTON PLLC

/s/ Sean C. Kirk (by BJC w/ permission)
Sean C. Kirk (BPR No. 22878)
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6307 Phone
(615) 238-6301 Facsimile
Email: skirk@bonelaw.com

and

Albena Petrakov, Esq.
OFFIT KURMAN, P.A.
10 East 40th Street
New York, New York 10016
Telephone: (212) 545-1900
Facsimile: (212) 545-1656
Email: apetrakov@offitkurman.com
*Counsel for Sovereign Lending Group, Inc.*

/s/ Ann Mostoller (by BJC w/ permission)
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com